**FILED**

NOV 07 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

1) Shanika Crowley
   (Plaintiff(s))

vs.

2) FPI Management, 3) Ellen Richards
   (Defendant(s))

Case Number: 24 CV - 544 CVE - MTS

## COMPLAINT

A. Parties

1) Shanika Crowley, is a citizen of Oklahoma
   (Plaintiff) (State)
   who presently resides at 306 W 62nd Pl. N. Tulsa 74126
   (mailing address if different from residence)

2) Defendant FPI Management is a citizen of Folsom CA
   (Name of first defendant) (City, State)
   and is employed as _____
   (Position and title, if any)

3) Defendant Ellen Richards is a citizen of Texas
   (Name of second defendant) (City, State)
   and is employed as Regional Manager
   (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   _____
   _____

C. Nature of Case

1) Briefly state the background of your case:
   Wrongful Termination after reported grievance for discrimination.

D. Cause of Action

I allege the following:

1. I was fired for filing a discrimination

IFP pending
(1) Summons

Complaint                    1                    ProSe-01 (12/05)

grievance

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I have grievance documents, supporting documents for the grievance and lack of evidence for being

2. Sired while on vacation from work.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. My attorneys will be amending.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

Back pay, punitive damages, pain & suffering, debt collected due to job loss and attorney fees

S Crowfy
Original Signature of Plaintiff

306 W 62nd Pl. N.
Current Address

Tulsa          OK    74126
City           State  ZIP

(539) 832-5167
Telephone