**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SHANIKA CROWLEY,<br><br>    Plaintiff,<br><br>v.<br><br>FPI MANAGEMENT, and ELLEN RICHARDS,<br><br>    Defendants. | Case No.: 24-CV-00544-CVE-MTS<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT ELLEN RICHARDS** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Shanika Crowley has served upon Defendant Ellen Richards copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Order Granting Pro Hac Vice for Emanuel Kataev

5) Minute Order by Judge

6) Attorney Appearance by Emanuel Kataev.

Attached hereto is a copy of the Proof of Service.

Dated: February 3, 2025

                                             Respectfully submitted
                                             */s/ Emanuel Kataev*
                                             Emanuel Kataev, Esq.
                                             *Admitted Pro Hac Vice*
                                             **CONSUMER ATTORNEYS, PLLC**
                                             68-29 Main Street
                                             Flushing, NY 11367
                                             T: (718) 412-2421
                                             F: (718) 489-4155
                                             E: ekataev@consumerattorneys.com

**ATHENA LEGAL GROUP PLLC**

*/s/ Haley L. Simmoneau*
Haley L. Simmoneau
PO Box 1364
Mustang, OK 73064
T: 405-212-3945
F: 888-805-3545
Email: Haley@athenalegalteam.com

*Attorneys for Plaintiff*
*Shanika Crowley*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| SHANIKA CROWLEY<br><br>*Plaintiff(s)*<br>v.<br>FPI MANAGEMENT, and ELLEN RICHARDS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-CV-00544-CVE-MTS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ellen Richards
800 Iron Point Rd,
Folsom, CA 95630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica NY 11423
(917) 807-7819
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 01/24/2025                                                           s/ A. Nance
                                                                *Signature of Clerk or Deputy Clerk*

c/ Mailed to attorney

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-CV-00544-CVE-MTS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ELLEN RICHARDS</u> was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jennifer Tomason / Receptionist</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>ELLEN RICHARDS the following documents: 1)Issued Summons 2) Amended Complaint 3) Civil Cover Sheet 4) Order Granting PHV for Emanuel Kataev 5) Minute Order by Judge and 6) Attorney Appearance by Emanuel Kataev</u> on *(date)* <u>Fri, Jan 31 2025</u>; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 01/31/2025

*Server's signature*

Demian Ross

*Printed name and title*

MSI Investigations, LLC
5425 Palm Avenue, Sacramento, CA 95841

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jan 30, 2025, 2:31 pm PST at COMPANY: 800 IRON POINT ROAD, FOLSOM, CA 95630
Per receptionist, Ellen doesn't work out of this office. The receptionist said she's a remote worker and doesn't think she's even in California.

2) Successful Attempt: Jan 31, 2025, 4:02 pm PST at COMPANY: 800 IRON POINT ROAD, FOLSOM, CA 95630 received by Jennifer Tomason / Receptionist. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'2"; Hair: Brown; Eyes: Brown;
Receptionist accepted and said she would forward to legal.