IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANIKA CROWLEY,<br><br>   Plaintiff,<br><br>v.<br><br>FPI MANAGEMENT, and ELLEN RICHARDS,<br><br>   Defendants. | Case No.: 24-CV-00544-CVE-MTS<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT FPI MANAGEMENT** |

  Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Shanika Crowley has served upon Defendant FPI Management copies of the following documents:

  1) Issued Summons;

  2) Complaint;

  3) Civil Cover Sheet;

  4) Order Granting Pro Hac Vice for Emanuel Kataev

  5) Minute Order by Judge

  6) Attorney Appearance by Emanuel Kataev.

  Attached hereto is a copy of the Proof of Service.

Dated: February 3, 2025            Respectfully submitted
                       */s/ Emanuel Kataev*
                       Emanuel Kataev, Esq.
                       *Admitted Pro Hac Vice*
                       **CONSUMER ATTORNEYS, PLLC**
                       68-29 Main Street
                       Flushing, NY 11367
                       T: (718) 412-2421
                       F: (718) 489-4155
                       E: ekataev@consumerattorneys.com

**ATHENA LEGAL GROUP PLLC**

<u>*/s/ Haley L. Simmoneau*</u>
Haley L. Simmoneau
PO Box 1364
Mustang, OK 73064
T: 405-212-3945
F: 888-805-3545
Email: Haley@athenalegalteam.com

*Attorneys for Plaintiff*
*Shanika Crowley*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

SHANIKA CROWLEY )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 24-CV-00544-CVE-MTS
)
FPI MANAGEMENT , and ELLEN RICHARDS )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FPI Management
c/o C T Corporation System
330 North Brand Boulevard
Glendale, California 91203


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica NY 11423
(917) 807-7819
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Heidi D. Campbell

Date: 01/29/2025                                               s/ C. Becker
*Signature of Clerk or Deputy Clerk*

mailed to attorney

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-CV-00544-CVE-MTS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FPI MANAGEMENT c/o CT Corporation System was received by me on *(date)* January 29, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sarai Marin, Intake Specialist , who is designated by law to accept service of process on behalf of *(name of organization)* FPI MANAGEMENT the following documents: 1) Issued Summons; 2) Amended Complaint; 3) Civil Cover Sheet; 4) Order Granting PHV for Emanuel Kataev; 5) Minute Order by Judge; and 6) Attorney Appearance by Emanuel Kataev on *(date)* Thu, Jan 30 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 01/30/2025

*Server's signature*

Zoe Roller 2023100296

*Printed name and title*

Medley Serves & Investigations, LLC
117 Bimini Place #107, Los Angeles, CA 90004

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 30, 2025, 12:42 pm PST at CORPORATE: 330 NORTH BRAND BOULEVARD, GLENDALE, CA 91203 received by FPI MANAGEMENT.
Sarai Marin, Intake Specialist