UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

SHANIKA CROWLEY,

                        Plaintiff,

vs.                                             Case No.: 24-CV-00544-CVE-MTS

FPI MANAGEMENT, INC., and
ELLEN RICHARDS

                        Defendants.

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

_____FPI Management, Inc._____
*[enter name of party on the line above]*

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   ☐ OTHER: _____

in this action, makes the following disclosures:

### PART I: CITIZENSHIP (diversity cases only)

☐ This party is an individual who is a citizen of the state of _____.

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐ This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

    If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.

☐ This party is a traditional trust.

    If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

### PART II: NONGOVERNMENTAL ENTITY DISCLOSURES (all cases)

☒ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

## PART III:    OTHER INTERESTED PERSONS AND ENTITIES    (all cases)

☒ Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

FPI Management, Inc. holds an Employment Practice Liability Policy with:
- Allied World Surplus Lines Insurance Company
  1690 New Britain Avenue, Suite 101, Farmington, Connecticut 06032.

☐ There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this  24th  day of February , 2025 .

|  |  |
|---|---|
| Signature: | */s/ Brooks R. Cain* |
| Printed Name: | Brooks R. Cain |
| Bar Number: | 35568 |
| Firm Name: | O'Hagan Meyer |
| Address: | 411 East Franklin Street, Suite 500 |
| City, State, Zip Code: | Richmond, VA 23219 |
| Phone/Fax: | (804) 403-7100 / (804) 237-0250 |
| Email Address: | bcain@ohaganmeyer.com |

### CERTIFICATE OF SERVICE

I hereby certify that on  24th of February 2025 , I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

*/s/ Brooks R. Cain*
Signature