UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

SHANIKA CROWLEY,

                Plaintiff,

vs.                               Case No.: 24-CV-00544-CVE-MTS

FPI MANAGEMENT, INC., and
ELLEN RICHARDS

                Defendants.

**DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

_____**Ellen Richards**_____
*[enter name of party on the line above]*

who is a (check one)  ☐ PLAINTIFF  ☒ DEFENDANT  ☐ OTHER: _____

in this action, makes the following disclosures:

### PART I: CITIZENSHIP (diversity cases **only**)

☐ This party is an individual who is a citizen of the state of _____.

☐ This party is a corporation incorporated in _____ and with a principal place of business in _____.

☐ This party is a noncorporate entity (e.g., an unincorporated association, a sole proprietorship, a limited liability company, a joint venture, a general partnership, a limited partnership, a limited liability partnership, a business trust).

    If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is itself a noncorporate entity, the citizenship for each sub-member of the noncorporate entity member must be provided as well.

☐ This party is a traditional trust.

    If yes, identify each trustee and each trustee's state of citizenship. If any trustee is a noncorporate entity, the citizenship for each member of the noncorporate entity trustee must be provided as well.

### PART II: NONGOVERNMENTAL ENTITY DISCLOSURES (all cases)

☐ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐  This party is publicly held.

☐  This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐  This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐  Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐  This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

### PART III:    OTHER INTERESTED PERSONS AND ENTITIES   (all cases)

☒  Another person, corporation, or noncorporate entity related to the party—**not already identified through other answers**—has a direct financial interest in the outcome of the litigation.

Ellen Richards is a covered individual under an Employment Practice Liability Policy that FPI Management, Inc. holds. The Policy is issued by:
- Allied World Surplus Lines Insurance Company
  1690 New Britain Avenue, Suite 101, Farmington, Connecticut 06032

☐  There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this  24th  day of February        , 2025   .

| | |
|---|---|
| Signature: | /s/ *Brooks R. Cain* |
| Printed Name: | Brooks Cain |
| Bar Number: | 35568 |
| Firm Name: | O'Hagan Meyer |
| Address: | 411 East Franklin Street, Suite 500 |
| City, State, Zip Code: | Richmond, VA 23219 |
| Phone/Fax: | (804) 403-7100 / (804) 237-0250 |
| Email Address: | bcain@ohaganmeyer.com |

## CERTIFICATE OF SERVICE

I hereby certify that on    24th of February 2025   , I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

/s/ *Brooks R. Cain*
Signature