IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANIKA CROWLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-00544-CVE-MTS |
| ) | |
| FPI MANAGEMENT, INC., and ) | |
| ELLEN RICHARDS, ) | |
| ) | |
| Defendants. ) | |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, FPI Management, Inc. and Ellen Richards, by counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the LCvR7-1(g), hereby move for an extension of time within which to file a responsive pleading to Plaintiff's Complaint. In support of this Unopposed Motion for Extension of Time, Defendants state the following:

1. On November 7, 2024, Plaintiff filed her initial Complaint. ECF. No. 1.

2. On November 12, 2024, the Court dismissed Plaintiff's Complaint for failure to state a claim. ECF No. 4.

3. The Court later granted Plaintiff's Motion to Reconsider, leading to Plaintiff filing her Amended Complaint on January 17, 2025. ECF Nos. 19, 21.

4. Defendants received service of the Amended Complaint on January 30, 2025. ECF. No. 28.

5. This Court previously granted FPI's Unopposed Motion for Extension of Time to Answer on February 17, 2025. ECF No. 30.

6. Defendants' current deadline to file a responsive pleading is March 20, 2025.

#5942139v1

7.   Counsel for Defendants has communicated with counsel for Plaintiff, who has agreed, and consents, to another extension of time for Defendants to file a responsive pleading until April 21, 2025.

8.   Accordingly, Defendants respectfully move the Court to extend the deadline for responsive pleadings to April 21, 2025.

9.   One previous motion to extend this deadline has been made. ECF No. 29

10.   In the past month, parties have engaged in settlement discussions in earnest, and the requested extension of time will allow further discussions to occur.

11.   As demonstrated by the fact that Plaintiff consents to this Motion and no Scheduling Order has been entered in the case, the requested extension will neither prejudice Plaintiff nor result in undue delay.

12.   A proposed order has been submitted for the Court's consideration.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this Second Unopposed Motion for Extension of Time; enter an order extending the time for Defendants to file a responsive pleading to April 21, 2025; and grant such other relief the Court deems proper.

Dated: March 19, 2025

Respectfully submitted,

        FPI MANAGEMENT, INC.
        ELLEN RICHARDS

        /s/ *Brooks Cain*
        Brooks Cain (OK Bar No. 35568)
        O'HAGAN MEYER
        411 East Franklin Street, Suite 500
        Richmond, Virginia 23219
        Telephone: (804) 403-7135
        Facsimile: (804) 237-0250
        Email: bcain@ohaganmeyer.com

        *Counsel for Defendants*