UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANIKA CROWLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 24-CV-0544-CVE-MTS ) |
| FPI MANAGEMENT, and ELLEN RICHARDS, | ) ) ) |
| Defendants. | ) ) |

## ADMINISTRATIVE CLOSING ORDER

Now before the Court is the joint motion to stay case pending arbitration (Dkt. # 38). Plaintiff filed her amended complaint on January 17, 2025, and defendants' deadline to file a responsive pleading is May 23, 2025. Id. at 1. The parties agree that plaintiff's claims are subject to an arbitration agreement, and they ask the Court to stay this case pending the completion of arbitration. Id. at 1-2. The Court has reviewed the joint motion to stay case pending arbitration (Dkt. # 38) and finds that the motion should be **granted**.

**IT IS THEREFORE ORDERED** that the joint motion to stay case pending arbitration (Dkt. # 38) is **granted**.

**IT IS FURTHER ORDERED** that, pursuant to LCvR 41.1, the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that the parties shall file a notice in this Court within 15 days of the completion of arbitration.

**DATED** this 22nd day of May, 2025.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE